NOT DESIGNATED
FOR PUBLICATION

**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2023-CA-0652

Kelli Angelle

- - Versus - -

Daniel Gryder

18th Judicial District Court
Case #: 51173
Pointe Coupee Parish

On Application for Rehearing filed on 01/09/2024 By Daniel Gryder
Rehearing _____ *Denied* _____

_____
John Michael Guidry

_____
Wayne Ray Chutz

_____
Walter I. Lanier III

Date **JAN 2 3 2024**

_____
Rodd Naquin, Clerk